IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN J. LOONEY, SR., and DO PROCESS, INC. d/b/a BAD BOY BAIL BONDS,<br><br>Plaintiffs,<br><br>vs.<br><br>KAROLINA TIERNEY and J. COLLEEN HERRINGTON,<br><br>Defendants. | CV 24–109–BU–DWM<br><br>ORDER |

On October 1, 2024, Plaintiffs John J. Looney, Sr., and Do Process, Inc. d/b/a Bad Boy Bail Bonds filed suit against Bozeman Municipal Judges Karolina Tierney and Colleen Herrington (together, "Defendants") alleging Section 1983 liability for violating Plaintiffs' First Amendment right to petition the government for a redress of grievances. (Doc. 1 at ¶ 99–122.) That same day, Plaintiffs filed a motion for a temporary restraining order and preliminary injunction. (Doc. 3.) Plaintiffs seek to enjoin the Municipal Judges from interfering with Plaintiffs' writing and filing of surety bail bonds on behalf of defendants charged with criminal offenses in Bozeman Municipal Court. (Doc. 3 at 1, Doc. 4 at 25.) The Court denied Plaintiffs' first, (Doc. 3), and second motion, (Doc. 9), for a

1

temporary restraining order, (Docs. 8, 11). A hearing on request for a preliminary injunction was set for October 29, 2024, at 1:30 p.m. at the Russell Smith Federal Courthouse in Missoula, Montana. (Doc. 11.) Municipal Judges have responded to the motion for preliminary injunction, (Doc. 14), and have also filed a motion to dismiss, (Doc. 12).

Accordingly, IT IS ORDERED that at the October 29, 2024 hearing, the Court will hear arguments on both Plaintiffs' pending motion for preliminary injunction, (Doc. 3), and Defendants' pending motion to dismiss, (Doc. 12).

DATED this 22nd day of October, 2024.

_____
Donald W. Molloy, District Judge
United States District Court