IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN J. LOONEY, SR., and DO PROCESS, INC. d/b/a BAD BOY BAIL BONDS, | CV 24–109–BU–DWM |
| Plaintiffs, | ORDER |
| vs. | |
| KAROLINA TIERNEY and J. COLLEEN HERRINGTON, | |
| Defendants. | |

Plaintiffs John J. Looney, Sr., and Do Process, Inc. d/b/a Bad Boy Bail Bonds seek to offer limited witness testimony at the hearing set for October 29, 2024. (Doc. 15.) That motion is unopposed. (Doc. 18.)

Accordingly, IT IS ORDERED that Plaintiffs motion, (Doc. 15), is GRANTED. *See* Fed. R. Civ. P. 65(a).

DATED this 23rd day of October, 2024.

_____
Donald W. Molloy, District Judge
United States District Court

1