IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN J. LOONEY, SR., and DO PROCESS, INC. d/b/a BAD BOY BAIL BONDS, | CV 24–109–BU–DWM |
| Plaintiffs, | ORDER |
| vs. | |
| KAROLINA TIERNEY and J. COLLEEN HERRINGTON, | |
| Defendants. | |

Defendant Judges Karolina Tierney and Colleen Herrington request

permission for Judge Tierney to offer limited testimony during the hearing

scheduled for October 29, 2024. (Doc. 25.) This motion is unopposed. (*Id.*)

Accordingly, IT IS ORDERED that Defendants' motion, (Doc. 25), is

GRANTED. *See* Fed. R. Civ. P. 65(a).

DATED this 24 day of October, 2024.

_____
Donald W. Molloy, District Judge
United States District Court