UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN J. LOONEY, Sr.; DO PROCESS, INC., a Montana Corporation d/b/a BAD BOY BAIL BONDS,<br><br>Plaintiffs,<br><br>v.<br><br>KAROLINA TIERNEY; J. COLLEEN HERRINGTON,<br><br>Defendants. | Cause No. CV-24-109-BU-DWM<br><br>**STIPULATED PRELIMINARY INJUNCTION** |

WHEREAS, Plaintiffs John J. Looney, Sr.; Do Process, Inc., d/b/a Bad Boy Bail Bonds (collectively "Plaintiffs") and Defendants the Honorable Karolina Tierney and the Honorable J. Colleen Herrington (Defendants are collectively the "Judges" and all parties are collectively the "Parties"), having met and conferred, jointly move this Court to enter a stipulated preliminary injunction to govern the Parties' conduct while this action is pending;

Based on the terms contained in the Parties' Joint Motion, IT IS ORDERED that:

1

1. Plaintiffs shall be permitted to file bail bonds in the Bozeman Municipal Court effective immediately.

2. Plaintiffs are required to comply with all state rules and local rules with respect to the Bozeman Municipal Court which are applicable to, or will become applicable to, Plaintiffs' business and/or filing bonds. Defendants shall provide public notice of any additions to, or modifications of, the Bozeman Municipal Court's local rules.

3. Within two (2) business days of the receipt of any deficient bond, the Judges will provide written notice of any deficiencies through counsel. Plaintiffs will address the identified deficiency within two (2) business days and will communicate that through counsel. Any delay due to counsel's availability does not affect the respective parties' response time.

4. If there is a dispute regarding a bond, any communications must go through counsel for the Parties.

5. The Parties expressly agree that their entrance into this Stipulated Preliminary Injunction is not an indication or concession of fault, but rather is entered into for the purpose of conserving judicial resources as well as the time and expense of the Parties to this action.

DATED this 25st day of October, 2024.

10:55 A.M.

Donald W. Molloy, District Judge
United States District Court