IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN J. LOONEY, SR., and DO PROCESS, INC. d/b/a BAD BOY BAIL BONDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>KAROLINA TIERNEY and J. COLLEEN HERRINGTON,<br><br>    Defendants. | CV 24–109–BU–DWM<br><br><br>ORDER |

  Having not relied upon the four documents lodged under seal, (Docs. 20, 21, 22, 23), by Plaintiffs John J. Looney, Sr., and Do Process, Inc. d/b/a Bad Boy Bail Bonds in resolving Defendants Karolina Tierney and J. Colleen Herrington's motion to dismiss, (Doc. 45),

  IT IS ORDERED that Plaintiffs' motion for leave to file these documents under seal, (Doc. 19), is DENIED AS MOOT. The documents shall remain lodged but not filed, and Plaintiffs may refile this motion at a later stage if necessary.

  DATED this 17 day of March, 2025.

_____
Donald W. Molloy, District Judge
United States District Court