IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN J. LOONEY, SR., and DO PROCESS, INC. d/b/a BAD BOY BAIL BONDS,<br><br>             Plaintiffs,<br><br>   vs.<br><br>KAROLINA TIERNEY and J. COLLEEN HERRINGTON,<br><br>             Defendants. | CV 24–109–BU–DWM<br><br><br>ORDER |

Plaintiffs John J. Looney, Sr., and Do Process, Inc. d/b/a Bad Boy Bail Bonds move unopposed to stay further briefing on Defendants Karolina Tierney and J. Colleen Herrington's motion for a protective order, or in the alternative, motion to quash, (Doc. 53), and the Montana Judicial Standards Commission's motion to quash, (Doc. 59), pending the outcome of the Court-ordered settlement conference set for June 30, 2025, (Doc. 65).  (Doc. 66.)  Plaintiffs request a stay through July 9, 2025.  (*Id.*)  Counsel for Plaintiffs, Defendants, and the Montana Judicial Standards Commission have conferred and agree that such deferment of briefing would serve judicial economy, conserve party resources, and allow the parties to efficiently prepare for the settlement conference.  (*Id.* at ¶¶ 2, 3.)

1

Accordingly, IT IS ORDERED that Plaintiffs' motion to stay, (Doc. 66), is GRANTED, and Plaintiffs' response to Defendants' motion for a protective order, or in the alternative, motion to quash, (Doc. 53), and the Montana Judicial Standards Commission's motion to quash, (Doc. 59), will be filed on July 9, 2025.

DATED this 2nd day of June, 2025.

_____
Donald W. Molloy, District Judge
United States District Court