IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN J. LOONEY, SR., and DO PROCESS, INC. d/b/a BAD BOY BAIL BONDS,<br><br>            Plaintiffs,<br><br>vs.<br><br>KAROLINA TIERNEY and J. COLLEEN HERRINGTON,<br><br>            Defendants. | CV 24–109–BU–DWM<br><br><br>ORDER |

On June 9, 2025, Plaintiffs John J. Looney, Sr., and Do Process, Inc. d/b/a Bad Boy Bail Bonds ("Plaintiffs") and Defendants Karolina Tierney and J. Colleen Herrington ("Defendants") filed a stipulated motion for a protective order governing discovery related to Plaintiffs' confidential financial information. (Doc. 69.)

The May 8, 2025 Scheduling Order states that "[i]f the parties can reach an agreement concerning the use of certain confidential and financial commercial information there is not need to seek a protective order from this Court. Unless the parties can show that a negotiated and signed stipulation is insufficient to protect

1

their interests, no order of this Court will be forthcoming concerning protective orders." (Doc. 56 at ¶ 15.) The parties have not shown that a negotiated and signed stipulation is insufficient.

Accordingly, IT IS ORDERED that the parties' stipulated motion for entry of a protective order, (Doc. 69), is DENIED.

DATED this 10th day of June, 2025.

_____
Donald W. Molloy, District Judge
United States District Court