IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN J. LOONEY, SR., and DO PROCESS, INC. d/b/a BAD BOY BAIL BONDS,<br><br>Plaintiffs,<br><br>vs.<br><br>KAROLINA TIERNEY and J. COLLEEN HERRINGTON,<br><br>Defendants. | CV 24-109-BU-DWM<br><br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The May 11, 2026 jury trial is VACATED.

DATED this 1st day of July, 2025.

_____
Donald W. Molloy, District Judge
United States District Court